**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEY R. VUZ, an individual,<br><br>                                    Plaintiffs,<br><br>v.<br><br>DCSS III, INC., a California corporation dba GOSSIP GRILL; DWAYNE WYNEE, an individual; COUNTY OF SAN DIEGO, a political subdivision of the State of California; EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZAJDA, an individual; and DOE NOS. 1 through 45, individuals,<br><br>                                    Defendants. | Case No.: 3:20-cv-00246-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>[Doc. No. 4.] |

On January 10, 2020, Plaintiff Ashley R. Vuz and Defendants City of San Diego and Matthew Zajda (the "City Defendants") filed a Joint Motion to Extend the Date by Which Defendants City of San Diego and Matthew Zajda Have to Respond to Plaintiff's Complaint. (Doc. No. 4.) For good cause shown, the Court **GRANTS** the motion and orders as follows:

> 1. Defendant Matthew Zajda will be deemed served on the date that the waiver of service is filed which shall be no later than March 9, 2020; and

2. Defendant Matthew Zajda and Defendant City of San Diego's response to the complaint will be due sixty days after the waiver of service is filed.

**IT IS SO ORDERED.**

DATED: March 5, 2020

*(signature)*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT