Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel.... 818.562.5800
Fax... 818.562.5810

*Former Attorneys for Plaintiff*
Ashley Vuz

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley R. Vuz,<br><br>Plaintiff,<br><br>v.<br><br>DCSS III, INC., a California corporation doing business as Gossip Grill; Dwayne Wynne, an individual; County of San Diego, a political subdivision of the State of California; Emily Chow, an individual; City of San Diego, a municipal corporation; Matthew Zadja, an individual; and Doe Nos. 1 through 45, individuals,<br><br>Defendants. | Case No.: 20-CV-00246-GPC-AGS<br>District Judge: Gonzalo P. Curiel<br><br>**NOTICE OF LIEN BY PETERSON BRADFORD BURKWITZ**<br><br><br><br>Complaint Filed: February 7, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Peterson Bradford Burkwitz, former counsel for Plaintiff Ashley Ryan Vuz, hereby asserts a lien for attorney fees and costs against any recovery herein.

DATED: October 27, 2020            **PETERSON · BRADFORD · BURKWITZ**

By: _____
Avi Burkwitz, Esq.
Former Attorneys for Plaintiff,
Ashley Vuz

1

n:\files\2225-vuz (plaintiff) ab\pleadings\p-notice of lien.docx

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

      On October 27, 2020, I served the foregoing document described as:

### NOTICE OF LIEN

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2020 at Burbank, California.

                                            */s/ Lilliana Rosales*
                                            Lilliana Rosales

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

n:\files\2225-vuz (plaintiff) ab\pleadings\p-notice of lien.docx

## SERVICE LIST

Re: <u>Vuz, Ashley v. DCSS, Inc., et al</u>
Case No.: 20-CV-00246-GPC-AGS

Robert Ortiz, Esq. and Alexa Katz, Esq.
OFFICE OF THE COUNTY COUNSEL – COUNTY OF SAN DIEGO
1600 Pacific Highway, Room 355
San Diego, California 92101
**Counsel for County of San Diego and Emily Chow**

Jacqueline McQuarrie, Esq.
San Diego City Attorney's Office
1200 3rd Avenue, Ste. 1620
San Diego, CA 92101-4178
Tel: (619) 533-5910
**Attorneys for Defendants City of San Diego and Matthew Zadja**

Robert Bergsten, Esq.
HOSP, GILBERT & BERGSTEN
301 North Lake Avenue, Suite 410
Pasadena, CA 91101
**Counsel for Defendants DCSS III, Inc., Maria Rocha, and Arnell Casteel**

Ryan Augustine Graham, Esq.
Law Offices of Ryan A. Graham
1049 Havenhurst Drive Suite 510
West Hollywood, CA 90046-6002
**Counsel for Plaintiff Ashley Ryan Vuz**