ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
ALEXA KATZ, Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 4874; Fax: (619) 531-6005
E-mail: alexa.katz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Emily Chow

MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
JACQUELINE J. MCQUARRIE, Deputy City Attorney California State Bar No. 267319
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone:  (619) 533-5800 Facsimile:  (619) 533-5856

Attorneys for Defendants City of San Diego, Matthew Zajda

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY R. VUZ,<br><br>              Plaintiff,<br><br>        v.<br><br>DCSS III, Inc., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; COUNTY OF SAN DIEGO, a political subdivision on the State of California, EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZADJA, an individual; and DOES NOS. 1 THROUGH 45, individuals,<br><br>              Defendants. | No. 20cv0246-GPC-AGS<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL INDEPENDENT MEDICAL EXAM**<br><br>Date: February 12, 2021<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Magistrate Judge: Hon. Andrew G. Schopler<br><br>**NO ORAL ARGUMENT REQUESTED** |

        PLEASE TAKE NOTICE that on February 12, 2021 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5C of the Honorable Andrew G. Schopler, United States Magistrate Judge, located at 221 W. Broadway, San Diego, California, Defendants County of San Diego, Emily Chow, City of San Diego, and

///

Matthew Zajda will move the Court for a Motion to Compel Plaintiff for an Independent Medical Exam.

The motion will be based upon this notice, the accompanying memorandum of points and authorities, the declaration of Dr. Ellen Stein and the exhibit attached thereto, the declaration of Alexa Katz, and upon all papers and pleadings on file in this action.

DATED:  January 14, 2021       Office of County Counsel

By: s/ALEXA KATZ, Deputy
Attorneys for Defendants County of San Diego and Emily Chow