UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Ashley R. VUZ,<br><br>                 Plaintiff,<br>v.<br><br>DCSS III, Inc., et al.,<br><br>                 Defendants. | Case No.:  20-cv-246-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER (ECF 104) AND AMENDED SCHEDULING ORDER** |
|---|---|

The parties' joint motion to amend the scheduling order (ECF 104) is GRANTED. The new scheduling order dates are:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | July 1, 2021 |
| Rebuttal Expert Witness Designations and Disclosures | July 29, 2021 |
| Fact Discovery Completion | August 26, 2021 |
| Expert Discovery Completion | August 26, 2021 |
| MSC Statements | September 1, 2021 |
| Mandatory Settlement Conference | September 8, 2021, at 9:00 a.m. |
| Pretrial Motions | September 23, 2021 |
| Rule 26(a)(3) Disclosures | January 7, 2022 |
| Meet and Confer on the PTO | January 14, 2022 |
| Draft PTO to Defense Counsel | January 21, 2022 |

| Lodge PTO | January 28, 2022 |
|---|---|
| Final Pretrial Conference | February 4, 2022, at 1:30 p.m. |

    This order only modifies the dates in the original scheduling order (ECF 63); all other provisions remain in effect.

Dated: February 17, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge