Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Natalie U. Luongo, State Bar No. 285288
E-Mail: nluongo@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants CITY OF SAN DIEGO and MATTHEW ZAJDA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DCSS III, INC., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; MARIA MARTINEZ ROCHA, an individual formerly identified as Doe No. 1; ARNELL CASTEEL, an individual formerly identified as Doe No. 2; JERMAINE CASTANEDA, an individual formerly identified as Doe No. 3; COUNTY OF SAN DIEGO, a political subdivision of the State of California; EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZAJDA, an individual; and DOE NOS. 4 THOUGH 45, individuals,<br><br>　　　　Defendants. | CASE NO. 3:20-CV-00246-GPC-AGS<br><br>**JOINT MOTION TO AMEND THE SCHEDULING ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>**Current Deadlines**<br>Expert Disclosures: July 1, 2021<br>Rebuttal Disclosures: July 29, 2021<br>Expert Discovery Cut-Off: August 26, 2021<br><br>**New Proposed Deadlines**<br>Expert Disclosures:<br>Rebuttal Disclosures:<br>Expert Discovery Cut-Off:<br><br>[Assigned to Judge Gonzalo P. Curiel, Courtroom "2D"]<br><br>Action Filed:　　02/07/20 |

TO THE HONORABLE COURT:

Pursuant to Civil Rule 7.2 of the Local Rules for the United States District Court for the Southern District of California, Plaintiff Ashley Vuz and Defendants City of San Diego, Matthew Zajda, County of San Diego, Emily Chow, DCSS III,

Inc. (dba Gossip Grill), Dwayne Wynne, Maria Martinez Rocha and Arnell Casteel hereby jointly move to amend the Scheduling Order (Docket No. 105) to extend the expert discovery deadlines for not more than 30 days, for good cause, as set forth below.

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 18, 2021, the Court issued an amended Scheduling Order setting the following deadlines, which the parties request be modified as follows:

| Current Date | Event/Deadline | Proposed Date |
|---|---|---|
| July 1, 2021 | Initial Expert Designation and Disclosures | July 12, 2021 |
| July 29, 2021 | Rebuttal Expert Designation and Disclosures | August 9, 2021 |
| August 26, 2021 | Expert Discovery Cut-Off | September 9, 2021 |

Pursuant Federal Rule of Civil Procedure, Rule 16, this Court has authority to continue dates in a scheduling order for good cause. Here, good cause exists for this brief extension of the expert discovery deadlines as follows:

On May 17, 2021, Hurrell Cantrall LLP completed its substitution in on this case for the Defendants City of San Diego and Matthew Zajda (the "City Defendants"). Since appearing in this case, counsel for the City Defendants has been diligently working to obtain and review the voluminous file in this matter and assess what discovery remains, but additional records have recently been obtained and the City Defendants require additional time to prepare their expert disclosures. The City Defendants have also retained a police practices expert, who is in the process of reviewing the relevant materials and preparing his report, but has requested a brief extension of time. The City Defendants have requested a brief extension of time to continue the expert disclosure date from July 1, 2021 to July 12, 2021.

The other parties to this case have graciously agreed to the City Defendants'

requested extension of time. In addition, Plaintiff requested that the rebuttal expert and expert discovery cut-off deadlines receive a corresponding extension as well, so that the time frame for the foregoing events is not shortened by the later expert disclosure deadline.

The parties are diligently engaging in discovery in this case. The City Defendants and the County Defendants filed their Answers to Plaintiff's Second Amended Complaint in February 2021. (See, Docket Nos. 100 and 101.) The parties are still engaging in fact discovery in this matter, and a discovery motion is pending. The brief extension of the expert discovery deadlines will assist in expert discovery being conducted in an economical and efficient manner.

The parties have also been diligent in attempting to resolve their discovery disputes thus far in this case. All parties have agreed to the new proposed expert discovery deadlines.

DATED: June 28, 2021            HURRELL CANTRALL LLP

                                By: /s/ *Natalie U. Luongo*
                                    THOMAS C. HURRELL
                                    NATALIE U. LUONGO
                                    Attorneys for Defendants,
                                    CITY OF SAN DIEGO and
                                    MATTHEW ZAJDA

DATED: June 28, 2021            LAW OFFICES OF RYAN A. GRAHAM, ESQ.

                                By: /s/ *Ryan A. Graham*
                                    RYAN A. GRAHAM
                                    Attorneys for Plaintiff,
                                    ASHLEY VUZ

| | | |
|---|---|---|
| DATED: June 28, 2021 | | OFFICE OF COUNTY COUNSEL |

By: /s/ *Alexa Katz*
ROBERT A. ORTIZ
ALEXA KATZ
Attorneys for Defendants,
COUNTY OF SAN DIEGO and
EMILY CHOW

DATED: June 28, 2021        HOSP, GILBERT & BERGSTEN
A Law Corporation

By: /s/ *Warren L. Glibert*
WARREN L. GILBERT, ESQ.
Attorneys for Defendants,
DCSS III, INC., a California corporation dba GOSSIP GRILL, DWAYNE WYNNE, MARIA MARTINEZ ROCHA, and ARNELL CASTEEL

### **CERTIFICATION RE: SIGNATURES**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, the filer certifies that the content of this document is acceptable to all signatory counsel, and that the filer has obtained their authorizations to affix their electronic signatures to this document.

DATED: June 28, 2021        HURRELL CANTRALL LLP

By: /s/ *Natalie U. Luongo*
NATALIE U. LUONGO
Attorneys for Defendants,
CITY OF SAN DIEGO and
MATTHEW ZAJDA

-4-