UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Ashley R. VUZ, | Case No.: 20-cv-0246-GPC-AGS |
|---|---|
| Plaintiff, | **(1) ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (ECF 130) AND (2) SECOND AMENDED SCHEDULING ORDER** |
| v. | |
| DCSS III, Inc., et al., | |
| Defendants. | |

The parties' joint motion to amend the scheduling order (ECF 130) is GRANTED. The new scheduling order dates are:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | July 12, 2021 |
| Rebuttal Expert Witness Designations and Disclosures | August 9, 2021 |
| Fact Discovery Completion | August 26, 2021 |
| MSC Statements | September 1, 2021 |
| Mandatory Settlement Conference | September 8, 2021, at 9:00 a.m. |
| Expert Discovery Completion | September 9, 2021 |
| Pretrial Motions | September 23, 2021 |
| Rule 26(a)(3) Disclosures | January 7, 2022 |
| Meet and Confer on the PTO | January 14, 2022 |
| Draft PTO to Defense Counsel | January 21, 2022 |
| Lodge PTO | January 28, 2022 |
| Final Pretrial Conference | February 4, 2022, at 1:30 p.m. |

This order only modifies the dates in the amended scheduling order (ECF 105); all other provisions remain in effect.

Dated: June 29, 2021

Hon. Andrew G. Schopler
United States Magistrate Judge