Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Natalie U. Luongo, State Bar No. 285288
E-Mail: nluongo@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants CITY OF SAN DIEGO and MATTHEW ZAJDA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VUZ,<br><br>  Plaintiff,<br><br>  v.<br><br>DCSS III, INC., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; MARIA MARTINEZ ROCHA, an individual formerly identified as Doe No. 1; ARNELL CASTEEL, an individual formerly identified as Doe No. 2; JERMAINE CASTANEDA, an individual formerly identified as Doe No. 3; COUNTY OF SAN DIEGO, a political subdivision of the State of California; EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZAJDA, an individual; and DOE NOS. 4 THOUGH 45, individuals,<br><br>  Defendants. | CASE NO. 3:20-CV-00246-GPC-AGS<br><br>**DEFENDANTS CITY OF SAN DIEGO AND MATTHEW ZAJDA'S RESPONSE TO PLAINTIFF ASHLEY VUZ AND DEFENDANTS DCSS III, ARNELL CASTELL, MARIA ROCHA AND DWAYNE WYNNE'S MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL PURSUANT TO RULE 41(a)(2)**<br><br>Date: September 17, 2021<br>Time: 1:30 p.m.<br>Location: Edward J. Schwartz United States Courthouse, 221 West Broadway, Courtroom 2D, San Diego, CA 92101<br><br>[Assigned to Judge Gonzalo P. Curiel, Courtroom "2D"]<br><br>Action Filed:     02/07/20 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants CITY OF SAN DIEGO and MATTHEW ZAJDA (the "City

Defendants") hereby respond to Plaintiff ASHLEY VUZ and Defendants DCSS III, INC., ARNELL CASTELL, MARIA ROCHA and DWAYNE WYNNE's (collectively, the "DCSS III Defendants") Motion for Settlement Approval and Dismissal Pursuant to Rule 41(a)(2).

The City Defendants do not oppose Plaintiff's and the DCSS III Defendants' settlement or the amount thereof, nor do they oppose the dismissal of the DCSS III Defendants. Had Plaintiff provided the City Defendants a brief period of additional time prior to filing the Motion for Settlement Approval, the need for motion practice may have been avoided. However, in not opposing the settlement, the City Defendants do not waive any right to request a setoff against the total recoverable damages, and/or to request that the jury make an apportionment determination (including an allocation as to DCSS III, Inc. and the individual DCSS III Defendants) for purposes of awarding damages at trial.

In addition, it should be noted that the City Defendants disagree with Plaintiff's characterization that any approval of the settlement was withheld to "coerce" any person to provide a signed statement, or that there was an attempt to engage in any "end run" around discovery limits.

DATED: July 23, 2021        HURRELL CANTRALL LLP

By: /s/ *Natalie U. Luongo*
    THOMAS C. HURRELL
    NATALIE U. LUONGO
    Attorneys for Defendants,
    CITY OF SAN DIEGO and
    MATTHEW ZAJDA