ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
ALEXA KATZ, Senior Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Emily Chow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY R. VUZ, <br><br>   Plaintiff, <br><br>   v. <br><br> DCSS III, Inc., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; COUNTY OF SAN DIEGO, a political subdivision on the State of California, EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZADJA, an individual; and DOES NOS. 1 THROUGH 45, individuals, <br><br>   Defendants. | No. 20cv0246-GPC-AGS <br><br> **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br><br> Date: January 21, 2022 <br> Time: 1:30 p.m. <br> Courtroom: 2D <br> Judge: Hon. Gonzalo P. Curiel |

PLEASE TAKE NOTICE that on January 21, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2D of the Honorable Gonzalo P. Curiel, United States District Judge, located at 221 W. Broadway, San Diego, California, Defendants County of San Diego and Emily Chow will, and hereby do, move the Court pursuant to Federal Rules of Civil Procedure, rule 56 for summary judgment, or in the alternative, partial summary judgment on the grounds that they are entitled to judgment as a matter of law because:

1. Plaintiff's Fourteenth Amendment Equal Protection rights were not violated as a result of her brief booking into the San Diego Central Jail.

2. There are no facts or law supporting a Fourteenth Amendment Conditions of Confinement Claim.

3. Plaintiff's municipal liability claims fail because there are no facts or law supporting a violation of her Fourteenth Amendment Equal Protection or Substantive Due Process rights.

4. Plaintiff municipal liability claims fail because there are no evidence of an unconstitutional policy or practice or that the County acted with deliberate indifference.

5. Nurse Emily Chow is shielded from liability by qualified immunity. She neither effectuated a constitutional violation nor was on notice of a constitutional violation.

This motion will be based upon this notice, the accompanying memorandum of points and authorities, statement of undisputed facts, notice of lodgment, the declarations of Emily Chow, Eric Froistad, Michael Frushon, Jon Montgomery, M.D., and Roberto Cardenas, and upon all papers and pleadings on file in this action.

DATED:  September 23, 2021        Office of County Counsel

By: s/ALEXA KATZ, Senior Deputy
Attorneys for Defendants County of San Diego and Emily Chow