```
 1  ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
    ALEXA KATZ, Senior Deputy (SBN 317968)
 2  Office of County Counsel, County of San Diego
    1600 Pacific Highway, Room 355
 3  San Diego, California 92101-2469
    Telephone: (619) 531-5279; Fax: (619) 531-6005
 4  E-mail: robert.ortiz@sdcounty.ca.gov

 5  Attorneys for Defendants County of San Diego and Emily Chow
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY R. VUZ, <br><br> Plaintiff, <br><br> v. <br><br> DCSS III, Inc., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; COUNTY OF SAN DIEGO, a political subdivision on the State of California, EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZADJA, an individual; and DOES NOS. 1 THROUGH 45, individuals, <br><br> Defendants. | No. 20cv0246-GPC-AGS <br><br> **DECLARATION OF LIEUTENANT ROBERTO CARDENAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

I, Lieutenant Roberto Cardenas, declare as follows:

1. I have personal knowledge of the matters set forth herein, and could competently testify thereto if called upon.

2. I am employed by the San Diego Sheriff's Department and have been a San Diego Sheriff's Deputy for eighteen years. I am currently assigned as a Lieutenant with the administrative team at the San Diego Central Jail. Nine of the eighteen years that I have worked for San Diego Sheriff's Department have been at the San Diego Central Jail

where I have worked in various different positions including as a deputy on the team assisting the Watch Commander. As a result of my training and experience, I am familiar with the CCTV surveillance video system at the San Diego Central Jail. I am also familiar with San Diego Sheriff's Department Detention's policies and procedures, various booking and intake documents, and Title 15 compliance inspections including those from the Board of State and Community Corrections.

4. I have reviewed the documents supporting County Counsel's motion for summary judgment labeled *Exhibits H, Exhibit J* (pages 1-12), *Exhibit L, Exhibit M, Exhibit U, Exhibit V,* and *Exhibit W*.

3. *Exhibit H* is a true and correct copy of the Probable Cause Declaration and Judge Response Report for booking number 18182295, which corresponds to detainee Ashley R. Vuz.

4. *Exhibit J*, pages 1-12, are true and correct copies of video stills taken from the San Diego Central Jail's CCTV Video Surveillance System.

5. *Exhibit J1* is a true and correct copy of a video still taken from the "Veh. Sally 2" camera on December 30, 2018 at 3:11:09 am. This camera records the sally port at the San Diego Central Jail. The sally port is the area of the San Diego Central Jail where incoming arrestees arrive.

6. *Exhibit J2* is a true and correct copy of a video still taken from the "Med Prescreen" camera on December 30, 2018 at 3:56:44 am. This camera records the room where incoming arrestees are x-rayed after they have been medically screened by the jail intake nurse.

7. *Exhibit J3* is a true and correct copy of a video still taken from the "Uncuffing Area" camera on December 30, 2018 at 4:13:12 am. This camera records the hallway on the first floor of the San Diego Central Jail where arrestees first enter the jail after going through the intake process with the arresting officer.

8. *Exhibit J4* is a true and correct copy of a video still taken from the "Uncuffing Area" camera on December 30, 2018 at 4:41:12 am.

1 |     9.     *Exhibit J5* is a true and correct copy of a video still taken from the
2 | "Uncuffing Area" camera on December 30, 2018 at 9:37:50 am.
3 |     10.    *Exhibit J6* is a true and correct copy of a video still taken from the "Corr to
4 | Elev 1-2" camera on December 30, 2018 at 9:38:15 am. This video still is depicting the
5 | hallway leading to and from the San Diego Central Jail elevators on the first floor.
6 |     11.    *Exhibit J7* is a true and correct copy of a video still taken from the inside of
7 | Elevator 4 on December 30, 2018 at 9:39:00 am.
8 |     12.    *Exhibit J8* is a true and correct copy of a video still taken from the "Inmate
9 | Elev. Sally" camera on December 30, 2018 at 9:39:21 am. This video still is depicting the
10 | hallway leading to and from the elevators on the second floor of the San Diego Central
11 | Jail.
12 |     13.    *Exhibit J9* is a true and correct copy of a video still taken from the "Detox
13 | Corr 2" camera on December 30, 2018 at 9:40:14 am. This video still is depicting a
14 | hallway on the second floor of the San Diego Central Jail. The detention's deputy in this
15 | image appears to be holding jail issued orange shoes.
16 |     14.    *Exhibit J10* is a true and correct copy of a video still taken from the "Release
17 | Corr" camera on December 30, 2018 at 9:40:46 am. This video still is depicting the
18 | release corridor, a hallway on the second floor of the San Diego Central Jail. Inmates
19 | placed in cells in this hallway are waiting to be released after posting bail.
20 |     15.    *Exhibit J11* is a true and correct copy of a video still taken from the "Release
21 | Corr" camera on December 30, 2018 at 13:13:50 am.
22 |     16.    *Exhibit J12* is a true and correct copy of a video still taken on December 30,
23 | 2018 at 13:18:39 am depicting the front entrance of the San Diego Central Jail.
24 |     17.    *Exhibit L* are true and correct copies of Detention Services Bureau Polices
25 | Q.1 and Q.7 which were in effect in 2018.
26 |     18.    *Exhibit M* is a true and correct copy of Detention Services Bureau Policy
27 | M.9. that was in effect in 2018.
28 |     19.    *Exhibit U* are true and correct copies of Detention Services Bureau Polices

R.1 and R.13 which were in effect in 2018.

20. *Exhibit V* are true and correct copies of relevant excerpts from Title 15 Inspection Reports from 2016-2017, 2017- 2018, and 2018-2019.

21. *Exhibit W* are true and correct copies of relevant excerpts of Board of State and Community Corrections Biennial Reports from 2016-2017 and 2018-2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on September 22, 2021 at San Diego, California.

*[signature]*
LIEUTENANT ROBERTO CARDENAS