ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
ALEXA KATZ, Senior Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Emily Chow

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY R. VUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DCSS III, Inc., a California corporation doing business as GOSSIP GRILL; DWAYNE WYNNE, an individual; COUNTY OF SAN DIEGO, a political subdivision on the State of California, EMILY CHOW, an individual; CITY OF SAN DIEGO, a municipal corporation; MATTHEW ZADJA, an individual; and DOES NOS. 1 THROUGH 45, individuals,<br><br>    Defendants. | No. 20cv0246-GPC-AGS<br><br>**DECLARATION OF EMILY CHOW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

I, Emily Chow, declare as follows:

1. I am a former employee of the County of San Diego. I have personal knowledge of the matters set forth herein, and could competently testify thereto if called upon.

2. I received my nursing license from Rio Hondo College in 2017 and then my Bachelor of Science in Nursing from Grand Canyon University in 2019. When I graduated from nursing school, I worked as a Registered Nurse ("RN") and RN

supervisor at a skilled nursing facility.  I joined the County of San Diego Sheriff's Department in February of 2018, where I was primarily assigned to work at the San Diego Central Jail.  I left the County in November of 2019 when I was hired by Temecula Valley Hospital as a Medical/ Surgical/`Telemetry Nurse.

3. I am familiar with the facts alleged against me and the County of San Diego in the lawsuit filed by Plaintiff Ashley R. Vuz ("Plaintiff")

4. As an intake nurse at San Diego Central Jail, my role in the intake process is to assess whether an arrestee is stable enough to enter to the facility.  Based on my review of Plaintiff's intake questionnaire, I conducted her medical screening on December 30, 2018.  *Exhibit N is a true and correct copy of Plaintiff's medical intake screening questionnaire.*

5. During the medical intake process, every arrestee is asked if they identify as transgender, either male to female or female to male.  It is my understanding that gender identity questions are asked at every facility where medical screening of arrestees is conducted.

6. If an arrestee answers that they identify as transgender—either male to female or female to male—the intake nurse is instructed to notify the Jail Population Management Unit so they can conduct an interview to determine the best placement for that individual.  The intake nurse is also required to ask if the arrestee is currently undergoing hormone therapy. Based on Plaintiff medical screening questionnaire, Plaintiff stated that she was a transgender female and was currently undergoing hormone therapy.

7. As part of the screening interview, all arrestees are asked if they are taking any prescription medications. As an RN, I am not legally able to prescribe medication.  I can only administer medications based on orders of a physician or other licensed healthcare professional allowed to prescribe medications.  Intake nurses do not administer prescriptions or over-the-counter medications to arrestees.  If an arrestee has a healthcare issue that needs to be immediately addressed, such as a seizure disorder or diabetes, they

are referred to a secondary medical screening. In my experience, it is not uncommon for arrestees to lie about their prescription history to obtain access to certain medications.

8. Based on the information in the medical intake questionnaire, I asked Plaintiff if she was taking any prescription medications. She stated that she was on "several" medications. I also asked her the name of her pharmacy where she obtained her medications and she told me Walgreens. *Exhibit N.*

9. After going through the medical questionnaire, the intake nurse asks if the arrestee is willing to sign a series of releases which allows the Medical Services Division to provide the arrestee with medical care and to obtain information regarding their medical history, including pharmacy records. Plaintiff signed releases allowing the Medical Services Division to provide her with medical care and to obtain her pharmacy records from Walgreens. *Exhibit O are true and correct copies of the information releases signed by Plaintiff on December 30, 2018.*

10. Based on my review of Plaintiff's medical intake questionnaire, there were no medical or psychological issues that made it medically unsafe for Plaintiff to continue on in the intake process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on September 22, 2021 at San Diego, California.

_____
EMILY CHOW, RN

8. Based on the information in the medical intake questionnaire, I asked Plaintiff if she was taking any prescription medications. She stated that she was on "several" medications. I also asked her the name of her pharmacy where she obtained her medications and she told me Walgreens. *Exhibit N.*

9. After going through the medical questionnaire, the intake nurse asks if the arrestee is willing to sign a series of releases which allows the Medical Services Division to provide the arrestee with medical care and to obtain information regarding their medical history, including pharmacy records. Plaintiff signed releases allowing the Medical Services Division to provide her with medical care and to obtain her pharmacy records from Walgreens. *Exhibit O are true and correct copies of the information releases signed by Plaintiff on December 30, 2018.*

10. Based on my review of Plaintiff's medical intake questionnaire, there were no medical or psychological issues that made it medically unsafe for Plaintiff to continue on in the intake process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on September 22, 2021 at San Diego, California.

_____
EMILY CHOW, RN