Declaration of Service

I, the undersigned, declare: That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On September 23, 2021, I served the following documents:

**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF LIEUTENANT ROBERTO CARDENAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF CORPORAL MICHAEL FRUSHON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF DR. JON MONTGOMERY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF EMILY CHOW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF SGT. ERIC FROISTAD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

in the following manner:

☒  **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

*Vuz v. DCSS III, Inc., et al.*;
USDC No. 20cv0246-GPC-AGS

Ryan A. Graham, Esq.
The Law Offices of Ryan A. Graham, Esq.
1049 Havenhurst Dr., #510
West Hollywood, CA 90046
Email: ryan@ryan.law
Tel.: 323.792.6377
*Attorney for Plaintiff*

Natalie U. Luongo
Hurrell Cantrall LLP
300 South Grand Avenue
Suite 1300
Los Angeles, CA 90071
213-426-2000
Fax: 213-426-2020
Email: nluongo@hurrellcantrall.com
*Attorneys for Defendant City of San Diego*

Thomas C. Hurrell
Hurrell Cantrall LLP
300 South Grand Avenue
Suite 1300
Los Angeles, CA 90071
(213) 426-2000
Fax: (213) 426-2020
Email: Thurrell@hurrellcantrall.com
*Attorneys for Defendants City of San Diego and Matthew Zadja*

Warren L. Gilbert, Esq.
Robert T. Bergsten, Esq.
Hosp, Gilbert & Bergsten
301 North Lake Avenue, Ste. 410
Pasadena, California 91101
Tel: (626) 792-2400
Fax: (626) 356-9656
E-mail: wlgilbert@hosplaw.com
E-mail: tmouradian@hosplaw.com
*Attorneys for Defendants DCSS III, Inc., and Dwayne Wynne*

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2021, at San Diego, California.

By: s/ALEXA KATZ
E-mail: alexa.katz@sdcounty.ca.gov

*Vuz v. DCSS III, Inc., et al.*;
USDC No. 20cv0246-GPC-AGS