UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley R. VUZ,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>DCSS III, Inc., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-246-GPC-AGS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER (ECF 156) AND AMENDED SCHEDULING ORDER** |

The County defendants' unopposed ex parte motion to amend the scheduling order is **GRANTED**. The new scheduling order dates are:

| Event | Deadline |
|---|---|
| Rule 26(a)(3) Disclosures | April 8, 2022 |
| Meet and Confer on the PTO | April 14, 2022 |
| Draft PTO to Defense Counsel | April 22, 2022 |
| Lodge PTO | April 29, 2022 |
| Final Pretrial Conference | May 6, 2022, at 1:30 p.m. |

This order only modifies the dates in the original scheduling order (ECF 63); all other provisions remain in effect.

Dated: December 15, 2021

Hon. Andrew G. Schopler
United States Magistrate Judge