UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASHLEY VUZ,<br><br>                            Plaintiff,<br>v.<br><br>DCSS III, INC., et al.,<br><br>                          Defendants. | Case No.: 20-cv-246-GPC-AGS<br><br>**ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[ECF Nos. 147, 149]** |
|---|---|

Before the Court are two Motions for Summary Judgment filed by Defendants City of San Diego and Matthew Zadja, (ECF No. 147), and Defendants County of San Diego and Emily Chow, (ECF No. 149). Due to the pending contingent settlement between all remaining parties, the Court **DENIES** these Motions for Summary Judgment as moot, subject to refiling should the settlement fall through.

**IT IS SO ORDERED.**

Dated: September 23, 2022

Hon. Gonzalo P. Curiel
United States District Judge