UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VUZ,<br><br>             Plaintiff,<br><br>       vs.<br><br>DCSS III, INC., et al.,<br><br>             Defendants. | Case No. 3:20-cv-00246-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST COUNTY OF SAN DIEGO AND EMILY CHOW**<br><br>[ECF No. 229] |

Based upon the parties' joint motion, the Court hereby dismisses with prejudice Plaintiff Ashley Vuz's claims against Defendants the County of San Diego and Emily Chow. Each party shall bear its own attorneys' fees and costs. Pursuant to the parties' joint motion, the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: November 8, 2022

Hon. Gonzalo P. Curiel
United States District Judge