KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
DAVID W. MORESHEAD (State Bar No. 305362)
david.moreshead@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

ANDREW T. NGUYEN (State Bar No. 331847)
andrew.nguyen@mto.com
RACHEL SCHIFF (State Bar No. 336643)
rachel.schiff@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Plaintiff ASHLEY VUZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VUZ,<br><br>             Plaintiff,<br><br>      vs.<br><br>DCSS III, INC., et al.,<br><br>             Defendants. | Case No. 3:20-cv-00246-GPC-AGS<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST CITY DEFENDANTS AND THE ENTIRE ACTION, WITH PREJUDICE**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Crtrm.: 2D |

Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ASHLEY VUZ ("Plaintiff") and Defendants the CITY OF SAN DIEGO and MATTHEW ZADJA (the "City Defendants") hereby inform the Court that they have resolved the claims that Plaintiff asserted against the City Defendants. The parties jointly move, through their respective undersigned counsel, to dismiss with prejudice Plaintiff's claims against the City Defendants pursuant to the terms of the settlement agreement between the parties and, because all claims against all defendants have now been resolved, to dismiss this action in its entirety, with prejudice.[1]  Each party shall bear its own attorneys' fees and costs pursuant to the terms of that agreement. The parties agree that the Court shall retain jurisdiction for the purpose of enforcing the terms of the parties' settlement agreement.

DATED: January 23, 2023                 MUNGER, TOLLES & OLSON LLP

By: _____/s/ David W. Moreshead_____
    DAVID W. MORESHEAD
    Attorneys for Plaintiff ASHLEY VUZ

DATED: January 23, 2023                 HURRELL CANTRALL, LLP

By: _____/s/ Natalie U. Luongo_____
    NATALIE U. LUONGO
    Attorneys for Defendants CITY OF SAN DIEGO and MATTHEW ZADJA

---

[1] To the extent there are remaining claims against Doe Defendants that have not been dismissed or settled, Plaintiff also dismisses any remaining claims against Doe Defendants pursuant to Rule 41(a)(1)(A)(i), with prejudice.

Pursuant to Section 2(f)(4) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of these documents is acceptable to Natalie U. Luongo, counsel for Defendants the City of San Diego and Matthew Zadja, and that Ms. Luongo authorized his electronic signature on this document.

DATED: January 23, 2023

MUNGER, TOLLES & OLSON LLP

By: /s/ David W. Moreshead
DAVID W. MORESHEAD
Attorneys for Plaintiff ASHLEY VUZ